IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY,** | No   C-96-0385 VRW |
| Plaintiff, | ORDER |
| v | |
| **JOHN DALESSIO,** | |
| Defendant.                              / | |

It has come to the court's attention that the court's February 20, 2006, order disposing of the parties' cross motions for summary judgment, Doc #282, contains a typographical error.

//
//
//
//
//
//
//

Accordingly, the February 20, 2006, order is hereby MODIFIED as follows:  At page 19, line 24, "December 18, 2005" is deleted and replaced with "December 18, 1995".

SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge